# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HILLAR C. MOORE, III, IN HIS
OFFICIAL CAPACITY AS
DISTRICT ATTORNEY FOR EAST
BATON ROUGE PARISH

VERSUS

EAST BATON ROUGE PARISH
GOVERNMENT, BY AND THROUGH
THE PARISH OF EAST BATON
ROUGE METROPOLITAN COUNCIL
MEMBERS, IN THEIR OFFICIAL
CAPACITIES, AND EMILE "SID"
EDWARDS, IN HIS OFFICIAL
CAPACITY AS MAYOR-PRESIDENT
OF EAST BATON ROUGE

NO.  2026 CW 0828

AUGUST 10, 2026

---

In Re:   Hillar C. Moore, III, in his official capacity as
         District Attorney for East Baton Rouge Parish, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 777371.

---

**BEFORE:  WOLFE, STROMBERG, AND BALFOUR, JJ.**

   **WRIT GRANTED.**  The portions of the district court's July 13,
2026 judgment which granted the exception of nonjoinder filed by
defendant, the Parish of East Baton Rouge, and ordered plaintiff
to amend the petition are reversed.  The police juries of the
various parishes of the state of Louisiana are authorized to pay
from their general fund any of the items of expense, as provided
for, incurred by the several district attorneys of this state when
acting in their official capacities. La. R.S. 16:6.  This statute
places a mandatory duty on the police jury to fund the expenses of
the District Attorney's office, and a writ of mandamus is an
appropriate device to compel the police jury to perform its
mandatory duty to fund these expenses of the district attorney.
**Reed v. Washington Parish Police Jury,** 518 So.2d 1044 (La. 1988).
While we recognize there is no police jury governing the Parish of
East Baton Rouge, the statute is likewise applicable to the
Metropolitan Council, the governing body of the Parish of East
Baton Rouge.  See La. Atty. Gen. Op. 97-473 (February 2, 1998).
Louisiana Revised Statute 16:6 does not apply to municipalities.
We find the exception of nonjoinder was improperly granted and is
hereby denied.

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT